IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | 3:15-cr-505-LSC-GMB |
| | ) | |
| WILLIE MAE FORD, | ) | |
| | ) | |
| Defendant. | ) | |

## MEMORANDUM OF OPINION

On March 5, 2018, the magistrate judge filed his report and recommendation in the above-styled cause, recommending that the defendant's motion to set her restitution payment at $25 per quarter be denied. To date, no objections have been filed by either party.

Having now carefully reviewed and considered *de novo* all the materials in the court file, including the report and recommendation, the Court is of the opinion that the report is due to be and hereby is ADOPTED, and the recommendation is ACCEPTED. Consequently, the defendant's motion (doc. 47) is hereby DENIED.

Done this 8th day of June 2018.

                                          /s/ L. Scott Coogler
                                          L. Scott Coogler
                                      United States District Judge

[160704]